APPLICANT      <u>JAVIER C. MOYA</u>      APPLICATION NO. <u>WR-81,296-02</u>

## APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

### ACTION TAKEN

**DISMISSED. NONCOMPLIANT WITH Tex. R. App. P. 73.1.**

*Per Curiam*          5/6/15

**JUDGE**          **DATE**